COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-00090-CV |
| Style: | In the Interest of J.J.N., a Child |
| | |
| Date motion filed: | February 8, 2018 |
| Type of motion: | Unopposed Motion for Extension of Time to File Notice of Appeal |
| Party filing motion: | Appellant |
| Document to be filed: | Notice of appeal |

Is appeal accelerated?      Yes

If motion to extend time:

    Original due date:                               January 29, 2018

    Number of previous extensions granted:       Current Due date:

    Date Requested:                            January 31, 2018

Ordered that motion is:

    ☑    **Granted**

            If document is to be filed, document due: **January 31, 2018**

            ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature: /s/ Russell Lloyd
                    ☑ Acting individually     ☐ Acting for the Court

Date: February 13, 2018